THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Timothy Player, Appellant.
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court Judge
Unpublished Opinion No. 2007-UP-185
Submitted April 2, 2007  Filed April 19, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor David Michael Pascoe, Jr., of Saint Matthews, for Respondent.
 
 
 

PER CURIAM:  Timothy Player, a prison inmate, appeals his conviction for assault and battery with intent to kill in connection with the stabbing of a fellow inmate.  Player argues the circuit court erred in failing to grant his motions for directed verdict because the evidence against him was purportedly insufficient.  Player did not file a pro se brief.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.    
 
APPEAL DISMISSED.
ANDERSON, KITTREDGE, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.